

FILED

OCT -1 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY CLERK

DANIEL J. BRODERICK, #89424
Federal Defender
LINDA C. HARTER, Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
KIANI GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>KIANI GARCIA,<br><br>          Defendant. | No. Cr.S 12-296 DAD<br><br>STIPULATION AND [~~PROPOSED~~] *DAD* ORDER CONTINUING STATUS CONFERENCE<br><br>Date:  October 23, 2012<br>Time:  10:00 a.m.<br>Judge: Hon. Dale A. Drozd |

   IT IS HEREBY STIPULATED between the parties through their respective counsel, Chris Chang, Assistant United States Attorney, and Linda C. Harter, Chief Assistant Federal Defender, attorney for KIANI GARCIA, that the Court vacate the status conference on October 2, 2012 at 10:00 a.m. and set a new status conference on October 23, 2012 at 10:00 a.m.

   The parties also agree that the ends of justice served by granting defendant's request for a continuance, outweigh the best interest of the public and the defendant in a speedy trial, because the defense requires more time to investigate and negotiate a resolution.  The

parties expect a deferred prosecution agreement will be signed soon.

The parties stipulate that for the purpose of computing time under the Speedy Trial Act, the Court should exclude time from the date of this order through October 23, 2012, for defense preparation and investigation. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [Local Code T4].

Dated: October 1, 2012

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Linda C. Harter
LINDA C. HARTER
Chief Assistant Federal Defender
Attorney for Defendant
KIANI GARCIA

Dated: October 1, 2012

BENJAMIN B. WAGNER
United States Attorney

/s/ Chris Chang
CHRIS CHANG
Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

Dated: October 1, 2012

DALE A. DROZD
United States Magistrate Judge

Stipulation and Order                    -2-