```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  CHRIS CHANG
    Special Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2700
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9             FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,     )  2:12-cr-00296-DAD
                                  )
12             Plaintiff,         )  ORDER CONTINUING STATUS
                                  )  CONFERENCE
13       v.                       )
                                  )  Date:    October 23, 2012
14  KIANI GARCIA,                 )  Time:    10:00 a.m.
                                  )  Judge:   Hon. Dale A. Drozd
15             Defendant.         )
                                  )
16  _____ )
```

17      It is hereby ordered that the Status Conference set for October
18  23, 2012 at 10:00 a.m., be continued to April 23, 2013 at 10 a.m.  Time
19  is excluded from today's date through April 23, 2013 under Local Code
20  T4, as the Court finds that the ends of justice served by granting this
21  continuance outweigh the interests of the public and the defendant in a
22  speedy trial to the extent of this exclusion.
23      IT IS SO ORDERED.
24  DATED: October 22, 2012.

                                    _____
                                    DALE A. DROZD
27  dad1.crim                       UNITED STATES MAGISTRATE JUDGE
    garcia0296.stipord