```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  CHRIS CHANG
    Special Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:12-cr-00296-DAD |
|---|---|
| Plaintiff, | ) ORDER DISMISSING THE INFORMATION |
| v. | ) Date:  April 23, 2013 <br> ) Time:  10:00 a.m. |
| KIANI GARCIA, | ) Judge: Hon. Dale A. Drozd |
| Defendant. | ) |

It is hereby ordered that the Information in this case is dismissed without prejudice.

IT IS SO ORDERED.

DATED: April 28, 2013.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

dad1.crim
garcia0296.mtd.ord